```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 HEALTH RESEARCHTX, LLC,                 :
                                         :
                    Plaintiff,           :        26cv4409 (DLC)
                                         :
             -v-                         :        ORDER
                                         :
 JANSSEN SCIENTIFIC AFFAIRS, LLC,        :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On June 23, 2026, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P, and to strike certain allegations from the complaint pursuant to Rule 12(f), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **July 14, 2026.**  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **July 14, 2026.**  Defendant's reply, if any, shall be filed by **July 28, 2026.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United

States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          June 24, 2026

                              _____
                                    DENISE COTE
                              United States District Judge