**Patterson Belknap**

www.pbwt.com

June 23, 2026

Andrew D. Cohen
Partner
(212) 336-2336
acohen@pbwt.com

*Granted.*

*Denise Cote*

*6/30/26*

**VIA ECF**
Honorable Denise L. Cote, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Health ResearchTx, LLC v. Janssen Scientific Affairs, LLC*
      <u>Civil Action No: 1:26-cv-04409-DLC</u>

Dear Judge Cote:

This Firm represents Defendant Janssen Scientific Affairs, LLC ("Janssen") in the above-captioned matter. Pursuant to Section 8.B of Your Honor's Individual Practices in Civil Cases and ECF Rule 6, Janssen respectfully moves to file a redacted version of its Memorandum of Law in Support of Janssen's Motion to Dismiss and Strike, and to file under seal an unredacted version with the proposed redactions highlighted.

The proposed redactions are limited to, and coextensive with, the information that Plaintiff Health ResearchTx, LLC ("HRTx") redacted from the public Complaint and associated exhibits (ECF No. 1) pursuant to the Court's May 26, 2026 sealing order. *See* Case No. 1:26-mc-00242-AT, ECF No. 3. The Complaint and exhibits contain references to confidential, proprietary, and trade secret information, including commercially sensitive and competitively valuable pricing and data subject to contractual confidentiality restrictions. Accordingly, sealing is necessary because public disclosure of this information would undermine the parties' contractual expectations of confidentiality, and would cause the parties to suffer cognizable and irreparable harm.

Janssen seeks no new or broader sealing beyond what HRTx received permission to file under seal with the Complaint. The requested relief is narrowly tailored as it maintains under seal only the identical information already sealed by prior court order.

Therefore, Janssen respectfully requests that the Court grant leave to file a public, redacted version of its Memorandum of Law in Support of its Motion to Dismiss and Strike and maintain the unredacted version under seal. We thank the Court for its consideration of this matter.

June 23, 2026
Page 2

Respectfully submitted,

*/s/ Andrew D. Cohen*

Andrew D. Cohen

Enclosures

CC: all counsel of record (via ECF)