NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

DuaneMorris®

*FIRM and AFFILIATE OFFICES*

DEANNA J. LUCCI
DIRECT DIAL: +1 212 471 1806
PERSONAL FAX: +1 619 923 2957
*E-MAIL:* DJLucci@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

Granted.
Denise Cote
7/22/26

July 14, 2026

**VIA ECF**

Honorable Denise L. Cote, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re:** ***Health ResearchTx, LLC v. Janssen Scientific Affairs, LLC***
**Civil Action No.: 1:26-cv-04409-DLC**

Dear Judge Cote:

This Firm represents Plaintiff Health ResearchTx, LLC ("HRTx") in the above-captioned matter. Pursuant to Section 8.B of Your Honor's Individual Practices in Civil Cases and ECF Rule 6, HRTx respectfully moves to file a redacted version of its Memorandum of Law in Opposition to Defendant Janssen Scientific Affairs, LLC's ("Janssen") Motion to Dismiss and Strike, and to file under seal an unredacted version with the proposed redactions highlighted.

The proposed redactions are limited to, and coextensive with, the information that HRTx redacted from the public Complaint and associated exhibits (ECF No. 1) pursuant to the Court's May 26, 2026 sealing order. *See* Case No. 1:26-mc-00242-AT, ECF No. 3. The Complaint and exhibits reference confidential, proprietary, and trade secret information, including commercially sensitive and competitively valuable pricing and data subject to contractual confidentiality restrictions. Accordingly, sealing is necessary because public disclosure of this information would undermine the parties' contractual expectations of confidentiality, and would cause the parties to suffer cognizable and irreparable harm.

HRTx seeks no new or broader sealing beyond what HRTx received permission to file under seal with the Complaint. The requested relief is narrowly tailored as it maintains under seal only the identical information already sealed by prior court order.

Therefore, HRTx respectfully requests the Court grant leave to file a public, redacted version of its Memorandum of Law in Opposition to Janssen's Motion to Dismiss and Strike, and further maintain the unredacted version under seal.

Case 1:26-cv-04409-DLC Document 35 Filed 07/22/26 Page 2 of 2





We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Deanna J. Lucci*
Deanna J. Lucci

Cc: All counsel of record (via ECF)