NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

**DuaneMorris®**

*FIRM and AFFILIATE OFFICES*

DEANNA J. LUCCI
DIRECT DIAL: +1 212 471 1806
PERSONAL FAX: +1 619 923 2957
*E-MAIL:* DJLucci@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

September 30, 2026

The published opinion eliminates the need for these redactions. Denied. Denise Cote 10/1/26

**VIA ECF**

Honorable Denise L. Cote, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re:** ***Health ResearchTx, LLC v. Janssen Scientific Affairs, LLC***
**Civil Action No.: 1:26-cv-04409-DLC**

Dear Judge Cote:

This Firm represents Plaintiff Health ResearchTx, LLC ("HRTx") in the above-captioned matter. Pursuant to Section 8.B of Your Honor's Individual Practices in Civil Cases and ECF Rule 6, HRTx respectfully moves to file redacted versions of its (1) Memorandum of Law in Support of Plaintiff's Motion for Clarification, Reconsideration, and Leave to Amend the Complaint, and (2) Declaration of Deanna Lucci in Support of Plaintiff's Motion for Clarification, Reconsideration, and Leave to Amend the Complaint, with attached exhibits (proposed amended complaint), and to file under seal unredacted versions with the proposed redactions highlighted.

The proposed redactions are limited to, and coextensive with, the information that HRTx redacted from the public Complaint and associated exhibits (ECF No. 1) pursuant to the Court's May 26, 2026 sealing order. *See* Case No. 1:26-mc-00242-AT, ECF No. 3. The Memorandum and Declaration with exhibits contain confidential, proprietary, and trade secret information, including commercially sensitive and competitively valuable pricing and data subject to contractual confidentiality restrictions. Accordingly, sealing is necessary because public disclosure of this information would undermine the parties' contractual expectations of confidentiality, and would cause the parties to suffer cognizable and irreparable harm.

HRTx seeks no new or broader sealing beyond what HRTx received permission to file under seal with the Complaint. The requested relief is narrowly tailored as it maintains under seal only the identical information already sealed by prior court order.

DuaneMorris

Therefore, HRTx respectfully requests the Court grant leave to file a public, redacted version of its Memorandum of Law and Declaration of Deanna Lucci, with attached exhibits, in support of that motion, and further maintain the unredacted versions under seal.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*<u>/s/ Deanna J. Lucci</u>*
Deanna J. Lucci

Cc: All counsel of record (via ECF)