UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEALTH RESEARCHTX, LLC,

Plaintiff,

-v-

JANSSEN SCIENTIFIC AFFAIRS, LLC,

Defendant.

26cv4409 (DLC)

ORDER

DENISE COTE, District Judge:

Defendant Janssen Scientific Affairs, LLC ("Janssen") asserted counterclaims against plaintiff Health ResearchTx, LLC ("HRTx") on September 30, 2026. On October 21, HRTx filed a motion to dismiss the counterclaims pursuant to Rules 9(b) and 12(b)(6), Fed. R. Civ. P, and to strike certain allegations, demands, and affirmative defenses pursuant to Rule 12(f), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a party has 21 days after the service of a motion under Rule 12(b) to amend its pleading once as a matter of course. Accordingly, it is hereby

ORDERED that Janssen shall file any amended counterclaims by **November 12, 2026.** It is unlikely that Janssen will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Janssen shall file any opposition to the motion to

dismiss by **November 12, 2026.** HRTx's reply, if any, shall be filed by **November 20, 2026.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
October 26, 2026

DENISE COTE
United States District Judge