NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

DuaneMorris®

*FIRM and AFFILIATE OFFICES*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/27/26

Application GRANTED. The settlement conference previously scheduled for October 28, 2026 (Dkt. 48) is ADJOURNED to **December 8, 2026, at 2:15p.m.** No later than **December 1, 2026**, the parties must submit updated confidential pre-settlement letters (*see* Dkt. 48 ¶ 2). All other provisions of the Court's order scheduling settlement conference dated August 7, 2026 remain in effect.
SO ORDERED.

October 27, 2026

**Barbara Moses, U.S.M.J.**

October 27, 2026

**VIA ECF**

Hon. Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

**Re:** ***Health ResearchTx, LLC v. Janssen Scientific Affairs, LLC; No. 26-cv-4409 – Joint Request for Adjournment of October 28, 2026 Settlement Conference***

Dear Judge Moses:

Counsel for Plaintiff, Health ResearchTx, LLC ("HRTx") and Defendant, Janssen Scientific Affairs, LLC ("Janssen") jointly submit this first request for adjournment of the settlement conference currently scheduled for October 28, 2026, pursuant to the August 7, 2026 Order Setting Scheduling Conference (Dkt. 48). The parties respectfully request that the conference be adjourned to December 3, 8, or 10, 2026. All affected parties consent.

The parties thank Your Honor for holding a teleconference on October 26, and for suggesting a potential adjournment of the settlement conference until the close of discovery. The parties have conferred and agree that adjourning the settlement conference until after discovery is complete may facilitate settlement discussions.

The parties therefore respectfully request that the settlement conference be adjourned to December 3, 8, or 10, 2026, and thank the Court for its attention to this matter.

**MEMO ENDORSED**

Sincerely,

Lawrence H. Pockers

Cc: All counsel of record (via ECF)