NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

DuaneMorris®

*FIRM and AFFILIATE OFFICES*

DEANNA J. LUCCI
DIRECT DIAL: +1 212 471 1806
PERSONAL FAX: +1 619 923 2957
*E-MAIL:* DJLucci@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

November 10, 2026

Granted.
Denise Cote
11/10/26

**VIA ECF**

Honorable Denise L. Cote, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re:** ***Health ResearchTx, LLC v. Janssen Scientific Affairs, LLC***
**Civil Action No.: 1:26-cv-04409-DLC**

Dear Judge Cote:

This Firm represents Plaintiff Health ResearchTx, LLC ("HRTx") in the above-captioned matter. Pursuant to Section 8.B of Your Honor's Individual Practices in Civil Cases and ECF Rule 6, HRTx respectfully moves to file redacted versions of Exhibits 1 and 2 to its First Amended Complaint, and to file under seal unredacted versions with the proposed redactions highlighted.

The proposed redactions are limited to, and coextensive with, the information that HRTx redacted from Exhibits 1 and 2 to its original public Complaint (ECF No. 1) pursuant to the Court's May 26, 2026 sealing order. *See* Case No. 1:26-mc-00242-AT, ECF No. 3. The Exhibits contain confidential, proprietary, and trade secret pricing information that is commercially sensitive and competitively valuable, and further which is subject to contractual confidentiality restrictions. Accordingly, sealing is necessary because public disclosure of this information would undermine the parties' contractual expectations of confidentiality and would cause the parties to suffer cognizable and irreparable harm. The requested relief is narrowly tailored as it maintains under seal only the identical information already sealed by prior court order, and such information has not yet been publicly disclosed in this litigation.

Therefore, HRTx respectfully requests the Court grant leave to file a public, redacted version of Exhibits 1 and 2 to its First Amended Complaint and further maintain the unredacted versions under seal.

We thank the Court for its consideration of this matter.

DuaneMorris

Respectfully submitted,

*/s/ Deanna J. Lucci*
Deanna J. Lucci

Cc: All counsel of record (via ECF)